```
___FILED      ___ENTERED
___LODGED     ___RECEIVED

        AUG 12 2004        DJ

            AT SEATTLE
       CLERK U.S. DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY
```

04-CV-01779-CMP

B17458 SAS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BERNARD CAIN and MARY CAIN, his wife,<br><br>           Plaintiffs,<br><br>vs.<br><br>TRANS UNION LLC, and CREDIT PROTECTION ASSOCIATION, L.P.,<br><br>           Defendants. | NO. **CV4 1779L**<br><br>COMPLAINT FOR DAMAGES FOR VIOLATION OF THE FAIR CREDIT REPORTING ACT (15 U.S.C. §§ 1681 et. seq.); THE WASHINGTON STATE FAIR CREDIT REPORTING ACT (RCW 19.181.05 et seq.); THE WASHINGTON STATE CONSUMER PROTECTION ACT (RCW 19.86.010 et seq.)<br><br>**JURY TRIAL DEMANDED** |

## I. PARTIES, JURISDICTION AND VENUE

1.1     Bernard Cain and Mary Cain are husband and wife. They live within the Western District of Washington. Plaintiffs are "consumers" within the meaning of 15 U.S.C. §1681a(3).

1.2     Trans Union LLC is a consumer reporting agency, as defined by the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. 1681 et. seq., and the Washington State Fair Reporting Act, RCW 19.181.05 et seq., doing business in the Western District of Washington.

COMPLAINT FOR DAMAGES - 1         **ORIGINAL**



HELSELL
FETTERMAN

1001 Fourth Avenue, Suite 4200
P.O. Box 21846/Seattle, WA 98111-3846
(206) 292-1144

1.3   Credit Protection Association, L.P. is a consumer reporting agency as defined by the Fair Credit Reporting Act ("FRCA""), 15 U.S.C. 1681 et. seq., and the Washington State Fair Reporting Act, RCW 19.181.05 et seq., doing business in the Western District of Washington.

1.4   This court has jurisdiction pursuant to 15 U.S.C. §1681, 28 U.S.C. §1331 and 28 U.S.C. §1367.

## II. FIRST CLAIM FOR RELIEF

## FEDERAL FAIR CREDIT REPORTING ACT, 15 U.S.C. §1681 et seq.

2.1   On or about May 28, 2004 defendants furnished an investigative consumer report to Washington Mortgage Group, Inc., for purposes of plaintiffs' refinancing loans on their residence and another residence owned by them. This report contained information that defendant Bernard Cain, wrongfully identified as Bernard Kain, owed a balance to Comcast. Plaintiff Bernard Cain is no relation to and never before heard of Bernard Kain.

2.2   Plaintiff Bernard Cain called defendants to inform them of the error and requested them to inform Washington Mortgage Group, Inc. of the mistake. Ultimately, plaintiffs were informed that Equifax, another consumer reporting agency, had informed Washington Mortgage Group, Inc. of the error so that plaintiffs' credit reputation might be restored. Nevertheless, defendants have, despite numerous frustrating calls by plaintiffs and their counsel, refused to clear the mistake.

COMPLAINT FOR DAMAGES - 2



HELSELL FETTERMAN
1001 Fourth Avenue, Suite 4200
P.O. Box 21846/Seattle, WA 98111-3846
(206) 292-1144

2.3     Thus defendants have willfully failed to comply with the requirements imposed under FCRA, including, but not limited to, failing to follow reasonable procedures to assure maximum possible accuracy of the information in investigative consumer reports as required by 15 U.S.C. §1681(b).

2.4     As a result of defendants' violation of the FCRA, plaintiffs have been unable to refinance their residence and other property owned by them and have sustained economic damage in the form of inability to refinance, higher interest rates, damage to their reputation, worry, fear, distress, frustration, embarrassment, and humiliation, all in an amount to be determined by the jury.

2.5     Plaintiffs are entitled to punitive damages in an amount as the court may allow.

2.6     Plaintiffs are entitled to their attorney fees, pursuant to 15 U.S.C. §1681n(c) and 1681o.

## III.  SECOND CLAIM FOR RELIEF

## FEDERAL FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681 et seq.

3.1     Plaintiffs reallege paragraphs 1.1 through 2.6 as if fully set forth here.

3.2     Defendants negligently failed to comply with the requirements imposed under FCRA, including, but not limited to, failing to follow reasonable procedures to assure maximum possible accuracy of the information in investigative consumer reports as required by 15 U.S.C. § 1681(b).

3.3     As a result of defendants' violation of the FCRA, plaintiffs were caused to suffer economic damages in the form of inability to refinance, higher

COMPLAINT FOR DAMAGES - 3



HELSELL FETTERMAN
1001 Fourth Avenue, Suite 4200
P.O. Box 21846/Seattle, WA 98111-3846
(206) 292-1144

interest rates, damage to their reputation, worry, fear, distress, frustration, embarrassment, and humiliation, all in an amount to be determined by the jury.

3.4   Plaintiffs are entitled to their attorney fees, pursuant to 15 U.S.C. § 1681n(c) and 1681o.

## IV.  THIRD CLAIM FOR RELIEF

## WASHINGTON STATE FAIR CREDIT REPORTING ACT, RCW 19.182.005 et. seq.

4.1   Plaintiffs reallege paragraphs 1.1 through 3.4 as if fully set forth here.

4.2   Defendants willfully failed to comply with the requirements imposed under Washington State Fair Credit Reporting Act, RCW 19.182.005 et seq., including, but not limited to, failing to following reasonable procedures to assure maximum possible accuracy of the information to investigative consumer reports, as required by RCW 19.182.060(2).

4.3   As a result of defendants' violation of the Washington State FCRA, plaintiffs were caused to suffer economic damages in the form of inability to refinance, higher interest rates, damages to their reputation, worry, fear, distress, frustration, embarrassment, and humiliation, all in an amount to be determined by the jury.

4.4   Plaintiffs are entitled in addition to actual damages, to a $1,000 penalty in accordance with RCW 19.182.150.

4.5   Plaintiffs are entitled to costs of this suit, including attorney fees, pursuant to RCW 19.182.150.

COMPLAINT FOR DAMAGES - 4



HELSELL
FETTERMAN

1001 Fourth Avenue, Suite 4200
P.O. Box 21846/Seattle, WA 98111-3846
(206) 292-1144

## V. FOURTH CLAIM FOR RELIEF

## WASHINGTON STATE FAIR CREDIT REPORTING ACT, RCW 19.182.005 et seq.

5.1     Plaintiffs reallege paragraphs 1.1 through 4.5 as if fully set forth here.

5.2     Defendants negligently failed to comply with the requirements imposed under Washington State Fair Credit Reporting Act, RCW 19.182.005, et seq., including, but not limited to, failing to follow reasonable procedures to assure maximum possible accuracy of the information in investigative consumer reports, as required by RCW 19.182.060(2).

5.3     As a result of defendants' violation of the Washington State Fair Credit Reporting Act, plaintiffs were caused to suffer economic damages in the form of inability to refinance, higher interest rates, damage to their reputation, worry, fear, distress, frustration, embarrassment, and humiliation, all in an amount to be determined by the jury.

5.4     Plaintiffs are entitled to costs of this suit, including their attorney fees, pursuant to RCW 19.182.150.

## VI. FIFTH CLAIM FOR RELIEF

## WASHINGTON STTE CONSUMER PROTECTION ACT, RCW 19.86.010 et seq.

6.1     Plaintiffs reallege paragraphs 1.1 through 5.4 as if fully set forth here.

6.2     Defendants, in violating the Washington State Fair Credit Reporting Act, committed "an unfair or deceptive act in trade or commerce . . .for purposes of applying the consumer protection act" in violation of the Washington State Consumer Protection Act, RCW 19.86.010 et seq.

COMPLAINT FOR DAMAGES - 5



HELSELL
FETTERMAN

1001 Fourth Avenue, Suite 4200
P.O. Box 21846/Seattle, WA 98111-3846
(206) 292-1144

6.3     Defendants engaged in an unfair or deceptive act or practice because in failing to adopt and execute "reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates" under RCW 19.182.060(2), and such a failure is deemed an unfair or deceptive practice pursuant to RCW 19.182.150, and is thus a violation of the Washington State Consumer Protection Act, RCW 19.86.010 et seq., specifically RCW 19.86.020.

6.4     This act or practice by the defendants occurred in the conduct of its business.

6.5     This act or practice affected the public interest.

6.6     By losing refinancing opportunities and paying higher interest, plaintiffs were injured in their business or property.

6.7     Defendants' act caused plaintiffs' injury.

6.8     Plaintiffs are entitled under RCW 19.86.090 to actual damages.

6.9     Plaintiffs are entitled to costs of this suit, including a reasonable attorney fee.

6.10    The award of damages should be increased to an amount three times the actual damages sustained.

## VII. PRAYER FOR RELIEF

WHEREFORE, plaintiffs Bernard Cain and Mary Cain pray for judgment against defendants as follows:



HELSELL FETTERMAN
1001 Fourth Avenue, Suite 4200
P.O. Box 21846/Seattle, WA 98111-3846
(206) 292-1144


1. <u>FIRST CLAIM FOR RELIEF</u>

Federal Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

   a. As a result of defendants' violation of the FCRA, plaintiffs were caused to suffer economic damages in the form of inability to refinance, higher interest rates, damage to their reputation, worry, fear, distress, frustration, embarrassment, and humiliation, all in an amount to be determined by the jury.

   b. Plaintiffs are entitled to punitive damages in an amount to be determined by the jury.

   c. Plaintiffs are entitled to their attorney fees, pursuant to 15 U.S.C. § 1681n(c) and 1681o.

2. <u>SECOND CLAIM FOR RELIEF</u>

Federal Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

   a. As a result of defendants' violation of the FCRA, plaintiffs were caused to suffer economic damages in the form of inability to refinance, higher interest rates, damage to their reputation, worry, fear, distress, frustration, embarrassment, and humiliation, all in an amount to be determined by the jury.

   b. Plaintiffs are entitled to their attorney fees, pursuant to 15 U.S.C. § 1681n(c) and 1681o.

3. <u>THIRD CLAIM FOR RELIEF</u>

Washington State Fair Credit Reporting Act, RCW 19.182.005 et seq.

   a. As a result of defendants' willful violation of the Washington State Fair Credit Reporting Act, plaintiffs were caused to suffer economic damages in the



HELSELL
FETTERMAN
1001 Fourth Avenue, Suite 4200
P.O. Box 21846/Seattle, WA 98111-3846
(206) 292-1144

form of inability to refinance, higher interest rates, damage to their reputation, worry, fear, distress, frustration, embarrassment, and humiliation, all in an amount to be determined by the jury.

    b.    Plaintiffs are entitled in addition to actual damages, to a $1,000 penalty in accordance with RCW 19.182.150.

    c.    Plaintiffs are entitled to costs of this suit, including attorney fees, pursuant to RCW 19.182.150.

4.    FOURTH CLAIM FOR RELIEF

    Washington State Fair Credit Reporting Act, RCW 19.182.005 et seq.

    a.    As a result of defendant's negligent violation of the Washington State Fair Credit Reporting Act, plaintiffs were caused to suffer a lost economic opportunity, economic damages in the form of inability to refinance, higher interest rates, damage to their reputation, worry, fear, distress, frustration, embarrassment, and humiliation, all in an amount to be determined by the jury.

    b.    Plaintiffs are entitled to costs of this suit, including their attorney fees, pursuant to RCW 19.182.150.

5.    FIFTH CLAIM FOR RELIEF

    Washington State Consumer Protection Act, RCW 19.86.010 et seq.

    a.    Plaintiffs are entitled under RCW 19.86.090 to an amount equal to three times their actual damages.

    b.    Plaintiffs are entitled to costs of this suit, including a reasonable attorney fee.

COMPLAINT FOR DAMAGES - 8



HELSELL
FETTERMAN

1001 Fourth Avenue, Suite 4200
P.O. Box 21046/Seattle, WA 98111-3846
(206) 292-1144

6. Such other and different relief as the court deems just and proper.

DATED this 11th day of August, 2004.

HELSELL FETTERMAN LLP

By _____
Richard S. White, WSBA #4195
Attorneys for Plaintiffs

HELSELL FETTERMAN
1001 Fourth Avenue, Suite 4200
P.O. Box 21846/Seattle, WA 98111-3846
(206) 292-1144