

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                       )
BERNARD CAIN, *et al.*,                )
                                       )
              Plaintiffs,              )        Case No. C04-1779L
                                       )
       v.                              )
                                       )        MINUTE ORDER PLACING
TRANS UNION LLC, *et al.*,             )        DOCUMENTS UNDER SEAL
                                       )
              Defendants.              )
_____)

        The following Minute Order is made and entered on the docket at the direction of the

HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

        This matter comes before the Court *sua sponte*.  On July 20, 2005, plaintiffs filed the

supplemental declaration of Andrew Kinstler (Dkt. #55), the exhibits to which contain private

and personal information that needs to be redacted from public documents.

        Pursuant to the General Order of the Court regarding Public Access to Electronic Case

Files (filed 5/29/03), parties are to redact the following information from documents and exhibits

before they are filed with the court:

        * Dates of Birth - redact to the year of birth

        * Names of Minor Children - redact to the initials

        * Social Security Numbers - redact to the last four digits

MINUTE ORDER PLACING
DOCUMENTS UNDER SEAL

* Financial Accounting Information - redact to the last four digits

The General Order was issued by the court pursuant to the official policy on privacy adopted by the Judicial Conference of the United States and can be found on the court's website at http://www.wawd.uscourts.gov/docs.  All documents filed in the above-captioned matter must comply with the Privacy Policy and the General Order.  If you have any questions about the policy or how to file any document, please contact the CM/ECF Helpdesk at 1-866-ECF-WAWD (1-866-323-9293).

In order to restrict access to the private and confidential information that has already made its way into the record in an expeditious manner, the Clerk of Court is hereby directed to seal Dkt. #55 in the above-captioned matter.  The parties shall make every effort to avoid such public disclosures of confidential information in the future.

DATED this 29th day of July, 2005.

s/ Kerry Lane
Kerry Lane, Deputy Clerk to
the Honorable Robert S. Lasnik, Judge

MINUTE ORDER PLACING
DOCUMENTS UNDER SEAL                    -2-